IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ISRAEL MENDOZA,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No. 4:25-cv-121-AW-MAF

**SECRETARY, DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER FOR TRANSFER

For the reasons set out in the magistrate judge's report and recommendation (ECF No. 3), to which there has been no objection, I conclude transfer is appropriate. The clerk will take appropriate steps to transfer this case to the United States District Court for the Middle District of Florida. The clerk will then close the file.

SO ORDERED on April 25, 2025.

                                              s/ *Allen Winsor*
                                              United States District Judge